IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN (WATERLOO) DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | 21-CR-2020 |
| Plaintiff, | **INDICTMENT** |
| vs. | Counts 1-3 |
| | 18 U.S.C. § 922(a)(6): False Statement During Purchase of a Firearm |
| JOSHUA WILLIAM BUTLER [also known as Josh William Butler, Sr. and Joshua William], | |
| | Count 4 |
| | 18 U.S.C. § 922(g)(3): Possession of a Firearm by a Drug User |
| Defendant. | |
| | Count 5 |
| | 18 U.S.C. 922(k): Possession of a Firearm with an Obliterated Serial Number |
| | Forfeiture Allegation |

The Grand Jury charges:

## Count 1
### False Statement During Purchase of a Firearm

On or about October 1, 2020, and continuing to on or about December 21, 2020, in the Northern District of Iowa, defendant, JOSHUA WILLIAM BUTLER [also known as Josh William Butler, Sr. and Joshua William], in connection with the acquisition of the following firearms:

a. Century Arms/Canik, Model TP9SF one series 18R, semi-auto 9mm pistol;
b. Taurus, Model G3C, semi-auto 9mm pistol;
c. Taurus, Model G3, semi-auto 9mm pistol;
d. Glock, Model 17, semi-auto 9mm pistol;
e. Taurus, Model G3C, semi-auto 9mm pistol;
f. Springfield Armory, Model G19 Gen 5, semi-auto 9mm pistol;

1

g. Glock, Model G19 Gen5, semi-auto 9mm pistol and
h. Glock, Model G19 Gen5, semi-auto 9mm pistol;

from Scheels Sporting store, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to Scheels Sporting store, which statement was intended and likely to deceive Scheels Sporting store, as to a fact material to the lawfulness of such sale of the said firearm to the defendant under chapter 44 of Title 18, in that the defendant represented that the firearms he was purchasing was for herself, when in fact defendant purchased the firearms on behalf of another person.

This was in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## Count 2
**False Statement During Purchase of a Firearm**

On or about October 3, 2020, and continuing to on or about January 16, 2021, in the Northern District of Iowa, defendant, JOSHUA WILLIAM BUTLER [also known as Josh William Butler, Sr. and Joshua William], in connection with the acquisition of the following firearms:

a. Taurus (76781), Model G2C, semi-auto 9mm pistol;
b. Taurus (76781), Model G2C, semi-auto 9mm pistol;
c. Taurus (38312), Model G3C, semi-auto 9mm pistol;
d. Sar Arms (33382), Model SAR9, semi-auto 9mm pistol;
e. Beretta (00532), Model PX4 Storm, semi-auto 9mm pistol;
f. Glock (00574), Model G-19 Gen5, semi-auto pistol;
g. Glock (00815), Model G-19X, semi-auto 9mm pistol;
h. Taurus (53802), Model G3, semi-auto 9mm pistol;
i. Taurus (86812), Model G3, semi-auto 9mm pistol;
i. Taurus (86812), Model G3, semi-auto 9mm pistol;
j. Sar Arms USA (22223), Model SAR9, semi-auto 9mm pistol;
k. Taurus (86812), Model G3, semi-auto 9mm pistol;

l. Ruger (00522), Model American Compt, semi-auto 45 caliber pistol;
m. Glock (00574), Model G-19 Gen5, semi-auto 9mm pistol;
n. Taurus (06191), Model G2C, semi-auto 9mm pistol;
o. Taurus (06191), Model G2C, semi-auto 9mm pistol;
p. Taurus (06191), Model G2C, semi-auto 9mm pistol;
q. Taurus (86812), Model G3, semi-auto 9mm pistol;
r. Taurus (30391), Model G2C, semi-auto 9mm pistol;
s. Taurus (51812), Model G3C, semi-auto 9mm pistol;
t. Taurus (51812), Model G3C, semi-auto 9mm pistol;
u. Taurus (30391), Model G2C, semi-auto 9mm pistol;
v. Taurus (30391), Model G2C, semi-auto 9mm pistol; and
w. Taurus (51812), Model G3C, semi-auto 9mm pistol;

from Mr. Guns, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to Mr. Guns, which statement was intended and likely to deceive Mr. Guns, as to a fact material to the lawfulness of such sale of the said firearm to the defendant under chapter 44 of Title 18, in that the defendant represented that the firearms he was purchasing was for herself, when in fact defendant purchased the firearms on behalf of another person.

This was in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

### Count 3
### False Statement During Purchase of a Firearm

On or about December 19, 2020, in the Northern District of Iowa, defendant, JOSHUA WILLIAM BUTLER [also known as Josh William Butler, Sr. and Joshua William], in connection with the acquisition of the following firearms:

a. Taurus, Model G2C, semi-auto 9mm pistol;
b. Taurus, Model G2C, semi-auto 9mm pistol;
c. Taurus, Model G3, semi-auto 9mm pistol;
d. Taurus, Model G2C, semi-auto 9mm pistol; and

e. Springfield Armory, Model XDM, semi-auto 9mm pistol;

from Sieh Guns, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to Sieh Guns, which statement was intended and likely to deceive Sieh Guns, as to a fact material to the lawfulness of such sale of the said firearm to the defendant under chapter 44 of Title 18, in that the defendant represented that the firearms he was purchasing was for herself, when in fact defendant purchased the firearms on behalf of another person.

   This was in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## Count 4
**Possession of a Firearm by a Drug User**

On or about January 22, 2021, in the Northern District of Iowa, defendant, JOSHUA WILLIAM BUTLER [also known as Josh William Butler, Sr. and Joshua William], knowing he was then an unlawful user of a controlled substance as defined in 21 U.S.C. § 802, namely marijuana, knowingly possessed a firearm, specifically, a Glock, Model 19 Gen5, 9mm pistol, and the firearm was in and affecting commerce.

   This was in violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(2).

## Count 5
**Possession of Firearm with an Obliterated Serial Number**

On or about January 22, 2021, in the Northern District of Iowa, defendant, JOSHUA WILLIAM BUTLER [also known as Josh William Butler, Sr. and Joshua

4

William], knowingly possessed a firearm, that is, a Glock, Model 19 Gen5, 9mm pistol, from which the manufacturer's serial number had been altered, in violation of Title 18, United States Code, Sections 922(k) and 924(a)(1)(B).

### Forfeiture Allegation

By virtue of having committed the acts specified in this Indictment, defendant JOSHUA WILLIAM BUTLER [also known as Josh William Butler, Sr. and Joshua William] shall forfeit to the United States any firearm and ammunition involved in or used in the knowing violation of Title 18, United States Code, Sections 922(g)(3) and 922(k), including but not limited to the firearm listed above.

This is pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c).

A TRUE BILL

/s/Foreperson
Grand Jury Foreperson          Date  04·07·21

SEAN R. BERRY
Acting United States Attorney

By: /s/ Ashley L. Corkery

ASHLEY L. CORKERY
Assistant United States Attorney

PRESENTED IN OPEN COURT
BY THE
FOREMAN OF THE GRAND JURY
And filed 4/7/2021
ROBERT L. PHELPS, CLERK