IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN (WATERLOO) DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | No. 21-CR-2020 |
| | ) | |
| vs. | ) | |
| | ) | |
| JOSHUA WILLIAM BUTLER, | ) | |
| | ) | |
| Defendant. | ) | |

## GOVERNMENT'S SENTENCING MEMORANDUM AND RESISTANCE TO MOTION FOR DOWNWARD VARIANCE

The United States hereby provides its sentencing memorandum.

**A.** **Government Witnesses**

1. Joe Saunders
2. Drug Investigator

**B.** **Government Exhibits**

1. Firearms Trace Summary for firearm in paragraph 8(t) of PSIR
2. Firearms Trace Summary for firearm in paragraph 8(a) of PSIR
3. Firearms Trace Summary for firearm in paragraph 8(i) of PSIR
4. Firearms Trace Summary for firearm in paragraph 8(n) of PSIR
5. Firearms Trace Summary for firearm in paragraph 6(h)) of PSIR
6. Firearms Trace Summary for firearm in paragraph 6(u) of PSIR
7. Firearms Trace Summary for firearm in paragraph 8(w) of PSIR
8. Firearms Trace Summary for firearm in paragraph 8(d) of PSIR
9. Photo of baggies
10. Photo of money in pants
11. Photo of United States currency
12. Photo of marijuana and digital scale
13. Photo of marijuana in jar
14. Photo of drill
15. Photo of drill parts
16. Photo of glass containers

## C. Sentencing Issues

The Final Presentence Investigation Report (PSIR) notes three issues for the Court to resolve at sentencing: 1) whether the base offense level appropriately accounts for a semiautomatic firearm that is capable of accepting a large capacity magazine, pursuant to USSG §2K2.1(a)(4)(B); 2) whether a four-level enhancement applies because defendant possessed a firearm in connection with another felony offense, pursuant to USSG §2K2.1(b)(6)(B); and whether the Court should grant defendant's request for a downward variance.

The government will ask the Court to overrule defendant's objections to the base offense level and subsequent enhancement. The government will also ask the Court to deny defendant's request for a downward variance. A brief in support of the government's position is attached.

Respectfully submitted,

TIMOTHY T. DUAX
United States Attorney

By: *s/Ashley L. Corkery*

ASHLEY L. CORKERY
Assistant United States Attorney
111 7th Avenue, SE Box 1
Cedar Rapids, IA 52401
(319) 363-6333
(319) 363-1990 - fax
Ashley.corkery@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on November 2, 2022 I electronically filed the foregoing with the Clerk of Court using the ECF system which will send notification of such filing to the parties or attorneys of record.

UNITED STATES ATTORNEY

BY: /s/ ALC