

**Government Exhibit**
**9**
Case
**21-CR-02020**