

Government Exhibit
12
Case
21-CR-02020