

Government Exhibit 13 Case 21-CR-02020