

Government Exhibit 14 Case 21-CR-02020