

Government Exhibit
15
Case
21-CR-02020