IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN (WATERLOO) DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | No. 21-CR-2020 |
| vs. | ) | |
| JOSHUA WILLIAM BUTLER, | ) | |
| Defendant. | ) | |

## **SUPPLEMENT TO GOVERNMENT'S SENTENCING MEMORANDUM**

The United States filed its sentencing memorandum and brief in support of sentencing memorandum on November 2, 2022. (Docket 46). In its brief, the government noted that the 33-round Glock 9x19mm magazine and Glock 19, 9x9 caliber pistol were located in different rooms of defendant's residence. (*Id.*). After further review of the discovery materials, review of the evidence with Case Agent Joe Saunders, and discussion with ATF Agent Alex Reinert, who authored the inventory report, the government has confirmed that the magazine and firearm were located in the same closet of the master bedroom.[1] The government has confirmed that the descriptions provided in the inventory report, "North 1st Floor BR" and "Master BR", describe the same room, which is the first-floor master bedroom. This is consistent with the Final PSIR report. (Docket 35). In support of its position, the government will offer testimony and the following additional exhibits at sentencing:

17. Exterior photo of front of residence
18. Exterior photo of back of residence

---
[1] ATF Agent Reinert will be in attendance at the hearing and is available to testify.

19. Photo of window in master bedroom
20. Photo of interior of closet
21. Photo of Glock case in closet
22. Photo of firearm inside Glock case
23. Photo of extended magazine on shelf in closet
24. Close-up photo of extended magazine on shelf closet
25. Close-up photo of extended magazine

The government's argument that the 33-round Glock 9x19mm magazine and Glock 19, 9x9 caliber pistol were in close proximity to each other remains the same.

Respectfully submitted,

TIMOTHY T. DUAX
United States Attorney

By: *s/Ashley L. Corkery*

ASHLEY L. CORKERY
Assistant United States Attorney
111 7th Avenue, SE Box 1
Cedar Rapids, IA 52401
(319) 363-6333
(319) 363-1990 - fax
Ashley.corkery@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on November 8, 2022 I electronically filed the foregoing with the Clerk of Court using the ECF system which will send notification of such filing to the parties or attorneys of record.

UNITED STATES ATTORNEY

BY: /s/ ALC